AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>ALBIE PAGAN<br><br>Defendant(s) | Case No. 1:21-MJ-24<br><br>**UNDER SEAL** |

**FILED FEB 16 2021**
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 2016 through the present__ in the county of __Loudoun__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution of controlled substances. |

This criminal complaint is based on these facts:

**SEE AFFIDAVIT**

☒ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Bibeane Metsch

_____
Complainant's signature

Dereck Franklin, FBI Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements
of Fed. R. Crim. P. 4.1 by telephone.

Date: 02/16/2021

City and state: Alexandria, Virginia

/s/
Ivan D. Davis
United States Magistrate Judge